**FILED**

JUL 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SOMERFIELD MARTZ
18646 Sagebrush Trail
Helendale, California 92342

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.
10400 Fernwood Road
Bethesda, Maryland 20817

    Defendant.

CASE NUMBER 1:05CV01473

JUDGE: Rosemary M. Collyer

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/27/2005

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the defendant, Marriott International, Inc., hereby removes this action from the Superior Court for the District of Columbia, where the matter is styled "*Mary Somerfield Martz v. Marriott International, Inc.*", Civil Action No. 05-CA4996 to the United States District Court for the District of Columbia. In support thereof, the defendant respectfully states the following:

1.    On June 22, 2005, the case of *Mary Somerfield Martz* was filed against Marriott International, Inc. in the Clerk's Office for the Superior Court of the District of Columbia. The matter was served on the defendant on July 1, 2005, a time within thirty days of filing this Notice of Removal.

2.    At the time of the commencement of the action, the plaintiff was a citizen and resident of the State of California.

3.  At the time of the commencement of this action, the defendant was and continues to be a corporation incorporated in the State of Delaware, with its principal place of business in the State of Maryland.

4.  The amount in controversy, excluding interest and costs, exceeds $75,000. The state court action is one of which the United States District Court for the District of Columbia has jurisdiction, pursuant to 28 U.S.C. § 1332 by reason of diversity of citizenship and amount in controversy.

5.  The United States District Court for the District of Columbia is the district and division in the District of Columbia where the action is now pending. Copies of the Complaint, and Answer and Grounds of Defense are attached to this Notice, and by reference made part of this Notice.

6.  This Notice was timely filed, pursuant to 28 U.S.C. § 1446.

WHEREFORE, the defendant, Marriott International, Inc. hereby provides this Notice of Removal, and requests the United States District Court for the District of Columbia assume jurisdiction over this matter, and make such other Orders as are necessary and proper to determine this controversy.

Respectfully submitted,

**MARRIOTT INTERNATIONAL, INC.**
By Counsel

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
P.O. BOX 22 • FAIRFAX, VIRGINIA 22038-0022 • (703) 385-1000 • FAX (703) 385-1555

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C

*/s/ Stephen A. Horvath*

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Dawn E. Boyce, Esquire
D.C. Bar No. 440010
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
*Counsel for Marriott International, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Removal** was served by mail, first class, postage prepaid on the 28th day of July, 2005 to:

>Eric N. Stravitz, Esquire
>Mesirow & Stravitz, PLLC
>2000 Massachusetts Avenue, N.W.
>Suite 200
>Washington, D.C.  20036
>*Counsel for Plaintiff*

*/s/ Stephen A. Horvath*

Stephen A. Horvath