UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
CO-386
Rev. 10/03
JUL 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARY SOMERFIELD MARTZ )
)
    Plaintiff )
)
v. )
)
MARRIOTT INTERNATIONAL, INC. )
    Defendant )
)
)

CASE NUMBER 1:05CV01473

JUDGE: Rosemary M. Collyer

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 07/27/2005

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __MARRIOTT INTERNATIONAL, INC.__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __defendant__, which have any outstanding securities in the hands of the public. __Marriott International, Inc. is a publicly traded company.__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

417137
Bar Identification Number

STEPHEN A. HORVATH
Print Name

3920 UNIVERSITY DRIVE
Address

FAIRFAX, VIRGINIA 22030
City   State   Zip

703-385-1000
Telephone Number