**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
(Civil Division)

| | |
|---|---|
| **MARY SOMERFIELD-MARTZ** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MARRIOTT INTERNATIONAL, INC.** )<br>)<br>Defendant. ) | Case No. 1:05CV01473<br>Judge Rosemary M. Collyer |

## ENTRY OF APPEARANCE

TO THE CLERK:

In accordance with Local Rule 83.6(a), please enter the appearance of Eric N. Stravitz, John B. Mesirow, and Mesirow & Stravitz, PLLC as counsel for the Plaintiff in this case.

Respectfully submitted,

MESIROW & STRAVITZ, PLLC

By: /s/
Eric N. Stravitz (DC Bar No. 438093)

By: /s/
John B. Mesirow (DC Bar No. 435651)

2000 Massachusetts Avenue, NW
Suite 200
Washington, DC 20036
(202) 463-0303
(202) 861-8858 Fax

Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing Entry of Appearance was sent via first-class, postage pre-paid mail, this 28th day of July, 2005, to:

Stephen A. Horvath, Esq.
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
P.O. Box 22
Fairfax, Virginia 22030
Counsel for Defendant

/s/
Eric N. Stravitz  (DC Bar #438093)