UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SOMERFIELD-MARTZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.<br><br>    Defendant. | Civil Action No. 05-1473 (JDB) |

## ORDER FOR INITIAL SCHEDULING CONFERENCE

It is hereby ORDERED that the initial scheduling conference in this matter is hereby set for October 25, 2005, at 9:00 a.m. in Courtroom 10.  Counsel who attend the scheduling conference must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome to attend.

Written communication with the Court is to be by motion, opposition, and reply, rather than letter.  See Local Civil Rule 5.1(b).  The parties are directed to the requirements of Local Civil Rule 7.1(c) regarding the submission of proposed orders with all motions and oppositions and to the requirements of Local Civil Rule 7.1(m) regarding the duty to confer on all nondispositive motions (including those for enlargements of time).

                                        /s/
                                JOHN D. BATES
                        United States District Judge

Dated:    October 3, 2005

Copies to:

Eric N. Stravitz
Mesirow & Stravitz, PLLC
2000 Massachusetts Ave., NW, Suite 200
Washington, DC 20036
Email:  strav@erols.com

    Counsel for plaintiff

Stephen A. Horvath
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Dr.
Fairfax, VA 22030
Email:  shorvath@vadctriallaw.com

    Counsel for defendant