IN THE UNITED DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

(Civil Division)

MARY SOMERFIELD-MARTZ
18646 Sagebrush Trail
Helendale, California 92342

    Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.
10400 Fernwood Road
Bethesda, Maryland 20817

    Defendant.

Civil Action No. 1:05cv01473
Judge John D. Bates

## PRAECIPE OF DISMISSAL WITH PREJUDICE

Plaintiff, Mary Somerfield-Martz, and defendant, Marriott, Inc., by counsel, hereby stipulate to the dismissal, with prejudice, of all claims in the above styled matter.

/s/
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Trichilo, Bancroft, McGavin,
Horvath & Judkins, P.C.
3920 University Drive
Fairfax, Virginia 22030
Phone: (703) 385-1000;
Fax: (703) 385-1555
*Counsel for Marriott International, Inc.*

/s/_____
Eric N. Stravitz, Esquire
Mesirow & Stravitz, PLLC
2000 Massachusetts Avenue, N.W.
Suite 200
Washington, D.C.  20036
Phone: (202) 463-0303
Fax: (202) 861-8858
*Counsel for Mary Somerfield-Martz*

Dated: 11/15/05